IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN DOUGLAS BAXTER, :<br>  :<br>Petitioner, :<br>  :<br>v. :<br>  :<br>GLUNT, et al., :<br>  :<br>Respondents. : | CIVIL ACTION<br><br>NO. 11-1559 |

**ORDER**

**AND NOW**, this 24th day of January 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus (Doc. No. 1), Respondent's Answer to the Petition for Writ of Habeas Corpus (Doc. No. 7), and the Report and Recommendation filed by United States Magistrate Judge Timothy R. Rice (Doc. No. 8), it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Rice is APPROVED and ADOPTED.[1]

2. The Petition for the Writ of Habeas Corpus (Doc. No. 1) is DENIED.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1] Magistrate Judge Rice filed the Report and Recommendation on July 29, 2011. On August 29, 2011, the Court granted Petitioner's request for an extension of time to file his objections to the Report and Recommendation. (Doc. No. 10.) Thereafter, the Court granted two additional requests from Petitioner for an extension of time to file his objections. (Doc. Nos. 11-14.) According to the Court's October 28, 2011 Order (Doc. No. 14), Petitioner's objections were due on December 27, 2011. As of the date of this Order, no objections have been filed.